# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIRAY C. BIYIKLIOGLU,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF USP LOMPOC,<br><br>    Respondent. | Case No. 1:21-cv-01738-EPG-HC<br><br>ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA |

    Petitioner is federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    In the petition, Petitioner challenges a disciplinary proceeding that resulted in disciplinary segregation and the loss of good conduct time. (ECF No. 1 at 1–3). "Habeas corpus jurisdiction is available under 28 U.S.C. § 2241 for a [federal] prisoner's claims 'that he has been denied good time credits' or 'subjected to greater restrictions of his liberty, such as disciplinary segregation, without due process of law.'" Fiorito v. Entzel, 829 F. App'x 192, 193 (9th Cir. 2020) (quoting Bostic v. Carlson, 884 F.2d 1267, 1269 (9th Cir. 1989)). However, "petitions that challenge the manner, location, or conditions of a sentence's execution must be brought pursuant to § 2241 in the custodial court." Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000). As Petitioner is currently incarcerated at FCC Lompoc, venue is proper in the district of confinement, which is the Central District of California. See United States v. Brugnara, 793 F.

App'x 596 (9th Cir. 2020) (§ 2241 petition challenging disciplinary proceeding and credit loss must be heard in custodial court).

Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: **December 9, 2021**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2